UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    Case No. 06-CR-232

DAVID M. GARCIA,

       Defendant.

## ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE

On December 12, 2006, Defendant David M. Garcia entered a guilty plea to Conspiracy to Distribute Controlled Substances. On April 7, 2007, he was sentenced to 96 months imprisonment, to be followed by 8 years of supervised release. Garcia has served his term of imprisonment and has completed 6 of the 8 years of his supervised release. He has filed a motion for early termination based on his compliance with all conditions of supervision and the absence of any positive drug screens. He has also met his financial obligations and his motion has the support of both the U.S. Attorney and the probation agent. Based upon the foregoing, the motion is GRANTED and supervised release is hereby terminated.

Dated this  29th  day of January, 2019.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court